```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
            MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


STYME ENGRAM,                    )
                                 )
     Plaintiff,                  )
                                 )       CIVIL ACTION NO.
     v.                          )         1:12cv388-MHT
                                 )             (WO)
CAROLYN W. COLVIN,               )
Commissioner of Social           )
Security,                        )
                                 )
     Defendant.                  )
```

## OPINION

Plaintiff Styme Engram filed this lawsuit seeking judicial review of a final decision by defendant Acting Commissioner of Social Security denying his application for disability insurance benefits.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the decision of the Acting Social Security Commissioner should be affirmed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of August, 2013.


                                               /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE