IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| STYME ENGRAM, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:12cv388-MHT |
| ) | (WO) |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
|    Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 18) is adopted.

(2) Judgment is entered in favor of defendant Acting Commissioner of Social Security and against plaintiff Styme Engram.

 (3) The decision of defendant Acting Commissioner of Social Security is affirmed.

It is further ORDERED that costs are taxed against plaintiff Engram, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of August, 2013.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE